**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6608**

———————

EARL LINWOOD GREGORY,

Plaintiff - Appellant,

versus

R. BOYERS; C. H. BYERS, Sergeant; C. D.
BUTLER, Corporal; J. FRIDLEY; CORRECTIONAL
OFFICER MINTER; CHARLES T. CUNNIFF,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-94-473-R)

———————

Submitted:  June 20, 1996          Decided:  July 29, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Earl Linwood Gregory, Appellant Pro Se.  Lance Bradford Leggitt,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's grant of summary judgment in favor of several Defendants, leaving one Defendant remaining in the case. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2